| AO-10 Rev. 1/91 | **FINANCIAL DISCLOSURE REPORT** | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-112) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br>Moore, Thomas K. | 2. Court or Organization<br>District Court of the VI<br>St. Thomas - St. John Division | 3. Date of Report<br>10/26/91 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br>District Judge - Active | 5. Report Type (check appropriate type)<br>___ Nomination, Date 10/22/91<br>X Initial ___ Annual ___ Final | 6. Reporting Period<br>1/1/90 to 10/1/91 |

**7. Chambers or Office Address**
United States Courthouse, Charlotte Amalie, St. Thomas, USVI

IMPORTANT NOTES: *The instructions accompanying this form must be followed.* **Complete all parts,** checking the NONE box for each section where you have no reportable information. *Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

POSITION | NAME OF ORGANIZATION/ENTITY

[ ] NONE (No reportable positions)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| Local Counsel | American Title Insurance Company |
| Local Counsel & Asst. Secretary | Bayside Resorts, Inc. |
| As Counsel & Asst. Secretary | Brass Island Club, Ltd. |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

DATE | PARTIES AND TERMS

[ ] NONE (No reportable agreements)

| DATE | PARTIES AND TERMS |
|---|---|
| Not yet final | Severance agreement with my law partners Grunert, Stout & Bruch |
| | for settlement, probably a lump sum, payable over three or four years |
| | (I will supply details when final) |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|

[ ] NONE (No reportable non-investment income)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| 1989 | Grunert, Stout, Moore & Bruch - Legal Services | $ 158,885 |
| 1989-91 | Antilles School-part-time teaching (S) | $ --- |
| 1990-91 | Interest on Philadelphia Life Ins. Co. Policy (S) | $ --- |
| 1990-91 | Grunert, Stout, Moore & Bruch - Legal Services | $ 147,500 |
| 1990-91 | Legal fees from former client | $ 1,400 |

Digitized by Google

FINANCIAL DISCLOSURE REPORT, Attachment 1
Thomas K. Moore, 10/26/91


Counsel,        Cabrite Point Condominium Association;

Approved Title Examiner and Local Agent ,    Chicago Title
                Insurance Company;

Partner,        Cranmore Leasing;

Counsel,        Devcon International Corporation;

Approved Title Examiner and Local Agent,    First American Title
                Insurance Company;

Counsel and Assistant Secretary,   Joe Vogel Diving, Inc.;

Counsel and President of the Bd of Directors,    Magens Point
                Condominium Association;

Counsel,        St. John Land Investment Partnership;

Partner,        T & R Leasing; and

Counsel, Director, Secretary, and Assistant Treasurer,
                VMEASE, Inc.

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Thomas K. Moore | 10/26/91 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ | NONE (No such reportable reimbursements or gifts) | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ | NONE (No such reportable gifts) | | |
| 1 | EXEMPT | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ | NONE (No reportable liabilities) | | |
| 1 | Chase Manhattan Bank (J) | Mortgage on Magens Pt. Condo | K |
| 2 | Marble Bank, Rutland, VT (J) | Mortgage on Marina Slip | J |
| 3 | Fairfield Mountains, NC (J) | Timeshare Installment Contract | J |
| 4 | Williams College assigned to Mass. Educational Fin. Authty (J) | Financing David's Senior Yr. | K |
| 5 | University of San Diego (J) | 2d Semester Jon's 1st Yr. | J |
| 6 | Banco Popular de Puerto Rico | Guarantee business loan for failed business-Cranmore Leasing | K |
| 7 | | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Thomas K. Moore | 10/26/91 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code¹ (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value² Code² (J-P) | (2) Value Methods Code³ (Q-W) | (1) Type (e.g. buy, sell, merger, redemp- tion) | (2) Date: Month- Day | (3) Value² Code² (J-P) | (4) Gain¹ Code¹ (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | E X E M P T | | | | |
| ¹ Barnett Bank, Money Market Acct., Sebring, FLA | C | Int. | J | T | | | | | |
| ² Prudential Command Account Vero Beach, FLA (J) | A | Int. | J | T | | | | | |
| ³ Key Trust of Maine-Firm Retirement, Portland, ME | A | Div. | J | T | | | | | |
| ⁴ Philadelphia Life Ins-Cash Value, Dallas, TX (S) | C | Int. | K | T | | | | | |
| ⁵ Timeshare, Fairfield Mountains, NC (J) | A | None | J | R | | | | | |
| ⁶ ½ interest in Lot, Great Oak Est., Kent County, MD | A | None | J | W | | | | | |
| ⁷ Magens Point Condo Unit St. Thomas, VI (J) | D | Rent | K | W | | | | | |
| ⁸ Marina Slip Condo Unit(J) Sapphire Beach. St. Thomas | D | Rent | M | R | | | | | |
| ⁹ Home Intensive Care (Common) (J) | A | None | J | T | | | | | |
| ¹⁰ Keystone Tax Free Fund (J) | A | Div. | J | T | | | | | |
| ¹¹ Municipal Investment Trust Fund (J) | B | Div. | K | T | | | | | |
| ¹² Sunrise Technologies (Common) (J) | A | None | K | T | | | | | |
| ¹³ 1st Capital Income & Growth Fund Series 12 (Ftship) | B | Div. | K | T | | | | | |
| ¹⁴ AT&T (Common) | A | Div. | J | T | | | | | |
| ¹⁵ Blackstone 1998 Term Trust | A | Div. | J | T | | | | | |
| ¹⁶ Chrysler (Common) | A | Div. | J | T | | | | | |
| ¹⁷ Equivest (IRA) | B | Div. | K | T | | | | | |
| ¹⁸ Rollins Environmental Services (Common) | A | Div. | J | T | | | | | |
| ¹⁹ 1st Capital income & Growth Fund Series IV (S) | A | Div. | J | T | | | | | |
| ²⁰ Blackstone 1991 Term Trust (S) | A | Div. | J | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to 5,000  D=$5,001 to $15,000
(See Col. B1 & D4)  E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  B=More than $1,000,000
2 Value Codes:  J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000
(See Col. C1 & D3)  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000
3 Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book Value  V=Other  W=Estimated

Digitized by Google

ATTACHMENT 2

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Thomas K. Moore | Date of Report<br>10/26/91 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy,sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | E X E M P T | | | | | |
| 1 Equivest (IRA)          (S) | B | Div. | J | T | | | | | | |
| 2 Global Gov't Plus Fund<br>(Prudential)          (S) | A | Div. | J | T | | | | | | |
| 3 UTS C IF DISC B          (S) | A | Div. | J | T | | | | | | |
| 4 Dominion Resources (Common)<br>(DC) | B | Div. | J | T | | | | | | |
| 5 Exxon (Common)          (DC) | A | Div. | J | T | | | | | | |
| 6 Financing Corp. CPN<br>FICO Strips Ser. 12 (DC) | B | Div. | J | T | | | | | | |
| 7 Prudential Money Market<br>Assets          (DC) | A | Int. | J | T | | | | | | |
| 8 Prudential Special Money<br>Market Fund          (DC) | B | Div. | J | T | | | | | | |
| 9 Prudential Incomvertible<br>Plus Fund          (DC) | B | Div. | K | T | | | | | | |
| 10 Certificate of Deposit<br>Barnett Bank | D | Int. | L | T | | | | | | |
| 11 Merrill Lynch Cash<br>Management Account | A | Int. | J | T | | | | | | |
| 12 VMEASE, Inc. (Common) (J) | A | None | I | W | | | | | | |
| 13 ½ Interest in Motor Vessel<br>"Mila" | A | Rent | K | T | | | | | | |
| 14 Note — Marc Crandall<br>re: Cranmore Leasing | A | None | J | T | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

| 1 Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to 5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Thomas K. Moore | 10/26/91 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

PART II: I will receive payments of about $20,000 from former clients pursuant to a Chapter 11 Bankruptcy Plan, informal agreement and court action.

PART VI: The loan guarantee is left over from a partnership, Cranmore Leasing; the loan was to finance a dock and marina project which was never completed; all my interest has has been assigned to my partner.

PART VII: The M.V. "Mila" sank in January 1990, was salvaged, and was sold in 1990 on a contract completed in 1991.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____  Date 10/26/91

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google